

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

## No. 02-22-00453-CV

———————————————————

IN RE EVAN MCSHIRLEY, Relator

---

Original Proceeding
County Court at Law No. 1 of Parker County, Texas
Trial Court No. CIV-22-0567

---

Before Walker, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

We have considered relator's "Motion to Dismiss Petition for Writ of Mandamus." We grant the motion and dismiss this original proceeding.

Per Curiam

Delivered: December 1, 2022